UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
TIME 2:02 pm
DEC 2 6 2024
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-190 |
| Plaintiff, | |
| v. | JUDGE Judge Graham |
| ANDRES TUCCILLO, | INFORMATION |
| Defendant. | 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Possession of Child Pornography)

1.  Between on or about November 4, 2021 and November 8, 2021, in the Southern District of Ohio, the defendant, **ANDRES TUCCILLO**, knowingly possessed matter that contained one or more visual depictions, the production of such visual depictions having involved the use of a prepubescent minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, and such visual depictions were mailed, shipped or transported using any means or facility of interstate or foreign commerce.

**All in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).**

KENNETH L. PARKER
United States Attorney

*Emily Czerniejewski*
_____
**EMILY CZERNIEJEWSKI (IL 6308829)**
**TYLER AAGARD (NC 54735)**
Assistant United States Attorneys