United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                  Case No. 2:24-cr-190

Andres Tuccillo

COURTROOM MINUTES
Initial Appearance & Detention Hearing

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   February 19, 2025 @ 1:30 pm | |
|---|---|---|---|
| **Deputy Clerk** | Jessica Rector | **Counsel for Govt:** | Emily Czerniejewski |
| | | | Tyler Aagard |
| **Court Reporter** | CourtSmart | **Counsel for Deft(s):** | Brian Joslyn |
| **Interpreter** | | **Pretrial/Probation:** | Tiara Turner |
| **Log In** | 1:04 pm | **Log Out** | 1:42 pm |

Defendant advised of rights, charges, and penalties.

Defendant has retained counsel.

Government reminded of their obligation under the Due Process Protections Act.

Government argues for detention.

Defendant argues for release.

Order setting conditions of release issued.