United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                               Case No. 2:24-cr-190
Andres Tuccillo

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge Sarah D. Morrison | | Date: 3/3/2026 at 1:30 | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Emily Czerniejewski, Tyler Aagard |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Mike Hunter |
| Interpreter | | Pretrial/Probation: | Dennis McCafferty |
| Log In | | Log Out | |

The defendant is sentenced to 36 months imprisonment on Count 1 of the Information.
The defendant is sentenced to a term of 20 years of supervised release on Count 1 of the Information.
No fine is imposed.
A special assessment of $100 is imposed.
An AVAA fine of $17,000.00 is imposed.
No JVTA assessment is imposed.
The defendant is permitted to self-report to the BOP.